# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHERI MOIDELL

       Plaintiff,

v.

                                                      Cause No.: 1:15-cv-01110 KK/WPL

LAWRENCE SOLOMON and
ROCKY MOUNTAIN EMPLOYEE
BENEFITS, INC. d/b/a ALLIANCE
BENEFIT GROUP-ROCKY
MOUNTAIN, and AGB CONSULTANTS, LLC,

       Defendants.

## ENTRY OF APPEARANCE

      **COMES NOW**, Madison & Mroz, P.A. (Ada B. Priest and Una Campbell), and hereby enters its appearance on behalf of Defendant, Lawrence Solomon, in the above-entitled and numbered cause of action.

                                                      Respectfully submitted,

                                                      MADISON & MROZ, P.A.

                                                      */s/ Ada B. Priest*
                                                      Ada B. Priest
                                                      Una Campbell
                                                      201 Third Street, NW, Suite 1600
                                                      Albuquerque, New Mexico 87102
                                                      505.242.2177 (*Office*)
                                                      505.242.7184 (*Facsimile*)
                                                      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of January, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and by U.S. Mail:

David P. Garcia
The Law Firm of David P. Garcia
303 Paseo de Peralta
Santa Fe, NM  87501

    And

Robert D. Gorman
Robert D. Gorman, P.C.
P.O. Box 25164
Albuquerque, NM  87125-0164
*Attorneys for Plaintiff*

                                                */s/ Ada B. Priest*
                                                _____
                                                Ada B. Priest
                                                Una Campbell